UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAYA RANA,<br><br>                                Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,<br><br>                                Respondent. | Case No.:  26-cv-285-RSH-DDL<br><br>**ORDER REQUIRING RESPONSE TO PETITION AND SETTING BRIEFING SCHEDULE** |

On January 16, 2026, Petitioner Ajaya Rana filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Having reviewed the Petition, the Court concludes that summary dismissal is not warranted at this time. Accordingly, the Court sets the following briefing schedule:

//

//

//

//

//

1.     Respondents shall file a return to the Petition by no later than **February 2, 2026**.

2.     The Court will order further briefing and/or set a hearing as needed.

**IT IS SO ORDERED.**

Dated: January 21, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-285-RSH-DDL